| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Nathan David Eback** | Social Security number or ITIN **xxx–xx–5671** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Western District of Virginia** | Date case filed for chapter **7   10/28/19** |
| Case number: | **19–50931** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Nathan David Eback | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 104 Quail Court<br>Cross Junction, VA 22625 | |
| **4.** | **Debtor's attorney**<br>Name and address | Eryk Gabhran Boston<br>Boston Law Firm<br>125 Country Park Drive<br>Winchester, VA 22602 | Contact phone 540–313–1255 |
| **5.** | **Bankruptcy trustee**<br>Name and address | Bob Stevens (384920)<br>501 Grove Ave.<br>Charlottesville, VA 22902 | Contact phone (434) 973–5012 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

Debtor **Nathan David Eback** Case number **19–50931**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 116 N. Main St., Room 223 <br> Harrisonburg, VA 22802 | Hours open 8 a.m. – 4:30 p.m. <br><br> Contact phone (540) 434–8327 <br><br> Date: 10/28/19 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 13, 2019 at 09:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> *** Valid photo identification required *** | Location: <br><br> **cr mtg, WDS, Courtroom, Historic, Courthouse, Court St. Entrance, 103 N Main St., Woodstock, VA 22664** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/11/20** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                          United States Bankruptcy Court
                           Western District of Virginia
```

In re:                                                                  Case No. 19-50931-rbc
Nathan David Eback                                                      Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-5          User: admin              Page 1 of 1              Date Rcvd: Oct 28, 2019
                              Form ID: 309A            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2019.
```
db             +Nathan David Eback,    104 Quail Court,    Cross Junction, VA 22625-2457
4829697        +Arsrat,    PO Box 33720,    Detroit, MI 48232-3720
4829700        +Check Into Cash,    2103-2105 S Loudoun St,    Winchester, VA 22601-3614
4829702        +Jean Eback,    131 Paw Paw Ct, Apt 301,    Winchester, VA 22603-4167
4829703        +Lake Holiday Country Club,    1045 Lakeview Dr,,    Cross Junction, VA 22625-2514
4829704        +Mr. Cooper,    c/o RAS Crane,    11900 Parklawn Drive, Ste 310,    Rockville, MD 20852-2893
4829705        +One Advantage,    1232 W State Rd 2,    La Porte, IN 46350-5469
4829706        +Quest Diagnostics,    812 Amherst St #100,    Winchester, VA 22601-3344
4829709        +Valley Health,    PO Box 3340,    Winchester, VA 22604-2540
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: law@winchesterlawyer.us Oct 28 2019 22:42:14      Eryk Gabhran Boston,
                 Boston Law Firm,    125 Country Park Drive,    Winchester, VA  22602
tr             +EDI: BRSSTEVENS.COM Oct 29 2019 02:43:00      Bob Stevens (384920),    501 Grove Ave.,
                 Charlottesville, VA 22902-4804
ust            +E-mail/Text: ustpregion04.rn.ecf@usdoj.gov Oct 28 2019 22:42:32      USTrustee,
                 Office of the United States Trustee,    210 First Street, Suite 505,    Roanoke, VA 24011-1620
4829699        +E-mail/Text: collect@ccsroanoke.com Oct 28 2019 22:42:53      CCS,    PO Box 21504,
                 Roanoke, VA 24018-0152
4829698         E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Oct 28 2019 22:42:21      CashNet Usa,
                 PO Box 643990,    Cincinnati, OH 45264-3990
4829701         EDI: IRS.COM Oct 29 2019 02:43:00      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
4829707         EDI: NEXTEL.COM Oct 29 2019 02:43:00      Sprint,    PO Box 4191,    Carol Stream, IL 60197-4191
4829708        +E-mail/Text: bkr@taxva.com Oct 28 2019 22:42:46      VA Dept of Taxation,    Bankruptcy Unit,
                 PO Box 2156,    Richmond, VA 23218-2156
                                                                                              TOTAL: 8
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2019 at the address(es) listed below:
NONE.                                                                                                  TOTAL: 0